# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Isabel Belinda Acevedo  
             Debtor(s)

BK NO. 20-00279 RNO

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

                Respectfully submitted,

                /s/Rebecca A. Solarz, Esquire  
                Rebecca A. Solarz, Esquire  
                  KML Law Group, P.C.  
                  BNY Mellon Independence Center  
                  701 Market Street, Suite 5000  
                  Philadelphia, PA  19106  
                  215-627-1322