

# POCONO WOODLAND LAKES
Property Owner's Association
141 Marigold Lane
Milford, PA 18337

Phone: (570) 296-8511
Fax: (570) 409-8651
e-mail: pwlcommunitymngr@ptd.net

January 25, 2021

Max Rosenn U.S. Courthouse
197 South Main St.
Wilkes-Barre PA 18701

To Whom It May Concern:

We are listed as a creditor on bankruptcy cases and our mailing address has changed. Please update the mailing information.

**OLD ADDRESS:**
Pocono Woodland Lakes, POA
P.O. Box C
Milford PA 18337

**NEW ADDRESS:**
Pocono Woodland Lakes, POA
141 Marigold Lane
Milford PA 18337

Please update the mailing address on the following cases:

| | |
|---|---|
| Sandra Bello | Case No. 5:20-bk-03480-RNO |
| Eileen G. Flannigan | Case No. 5:20-bk-03493-RNO |
| Gregg & Danielle Kornheisl | Case No. 5:18-bk-01512-RNO |
| Maureen Douglas | Case No. 5:19-bk-05312-RNO |
| Isabel Acevedo | Case No. 5:20-bk-00279-RNO |

Please feel free to contact the office if you have any questions.

Sincerely,
Linda Larson
Administrative Assistant