IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (WILKES-BARRE)

| | |
|---|---|
| IN RE:<br><br>ISABEL BELINDA ACEVEDO,<br><br>Debtor.<br><br>PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO NATIONAL CITY BANK,<br><br>Movant,<br><br>vs.<br><br>ISABEL BELINDA ACEVEDO,<br>CESAR ACEVEDO, CO-DEBTOR and<br>CHARLES J. DEHART, III, TRUSTEE,<br><br>Respondents. | No. 5:20-bk-00279-HWV<br><br>Chapter 13<br><br><br><br><br><br>Hearing Date: May 20, 2021 at 9:30 a.m.<br><br>Response Date: May 6, 2021 |

**CERTIFICATE OF SERVICE OF MOTION
FOR RELIEF FROM AUTOMATIC STAY AND
<u>NOTICE OF HEARING AND RESPONSE DEADLINE</u>**

I, Maribeth Thomas, hereby certify under penalty of perjury that, on the 21st day of April, 2021, I served a copy of the *Motion for Relief from the Automatic Stay and for Co-Debtor Relief* filed by PNC Bank, National Association, successor by merger to National City Bank, upon parties in interest via the Court's automatic CM/ECF notification system and, on the 22nd day of April 2021, upon the following parties at the addresses listed below via First Class U.S. mail, postage prepaid.

| | | |
|---|---|---|
| Isabel Belinda Acevedo<br>110 Juniper Drive<br>Milford, PA 18337<br><br>*Debtor* | Vern S. Lazaroff<br>P.O. Box 110<br>143 Pike Street<br>Port Jervis, NY 12771<br><br>*Debtor's Counsel* | Cesar Acevedo<br>110 Juniper Drive<br>Milford, PA 18337<br><br>*Co-Debtor* |

TADMS:5447245-1 000011-190895　　　　　　　　2.

U.S. Trustee
Office of United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

*United States Trustee*

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

*Chapter 13 Trustee*

Executed on: April 22, 2021

TUCKER ARENSBERG, P.C.

*/s/ Maribeth Thomas*
Maribeth Thomas, Esquire
Pa. I.D. No. 208376
mthomas@tuckerlaw.com
1500 One PPG Place
Pittsburgh, Pennsylvania 15222
Phone: (412) 566-1212

*Counsel to PNC Bank, National Association, successor by merger to National City Bank*