**LOCAL BANKRUPTCY FORM 9019-1**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:
ISABEL BELINDA ACEVEDO

Debtor(s)

PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO NATIONAL CITY BANK,

Plaintiff(s)/Movant(s)

vs.

ISABEL BELINDA ACEVEDO,
CESAR ACEVEDO, CO-DEBTOR, and
CHARLES J. DEHART, III, TRUSTEE,

Defendant(s)/Respondent(s)

CHAPTER 13

CASE NO. 5-20-bk-00279

ADVERSARY NO. __-__-ap-_____
(if applicable)

Nature of Proceeding: Motion for Relief

Pleading: from Stay and Co-Debtor Relief

Document #: 37

**REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST***

CHECK ONE:

[✓] The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

[ ] The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
    [ ] Thirty (30) days.
    [ ] Forty-five (45) days.
    [ ] Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 5/17/2021

/s/ Maribeth Thomas
Attorney for Movant

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.