IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (WILKES-BARRE)

| | |
|---|---|
| IN RE:<br><br>ISABEL BELINDA ACEVEDO,<br><br>Debtor.<br><br>PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO NATIONAL CITY BANK,<br><br>Movant,<br><br>vs.<br><br>ISABEL BELINDA ACEVEDO,<br>CESAR ACEVEDO, CO-DEBTOR and<br>JACK N. ZAHAROPOULOS, TRUSTEE,<br><br>Respondents. | No. 5:20-bk-00279-HWV<br><br>Chapter 13<br><br><br><br>Hearing: January 20, 2022 at 9:30 a.m.<br><br>Response Date: January 6, 2022 |

**POST-PETITION PAYMENT HISTORY**
**NOTE AND MORTGAGE DATED DECEMBER 19, 2006**

Recorded on December 20, 2006, in Pike County, at Book 2210, Page 1512.

Property Address:
110 Juniper Drive, Milford, Pennsylvania 18337

Mortgage Servicer:
PNC Bank, National Association, Successor by Merger to National City Bank

Post-petition mailing address for Debtor(s) to send payment:
3232 Newmark Drive, Miamisburg, OH 45342

Mortgagor(s)/Debtor(s):
Isabel Belinda Acevedo (Debtor) and Cesar Acevedo (Co-Debtor)

Payments are contractually due:

☒ Monthly   ☐ Semi-monthly   ☐ Bi-weekly   ☐ Other

**Each Monthly Payment (as of December 13, 2021) is comprised of:**

| | | |
|---|---|---|
| Principal and Interest..... | $1,045.19 | |
| R.E. Taxes..................... | $ 0.00 | |
| Insurance....................... | $ 0.00 | |
| Late Charge................... | $ 0.00 | |
| Other............................. | $ 519.24 | (Specify: Escrow) |
| Other............................. | $ 6.75 | (Specify: Escrow Shortage) |
| **TOTAL**....................... | **$1,571.18** | |

## POST-PETITION PAYMENTS (Petition was filed on January 28, 2020)

| Payment amount due (as of date payment was received) | Date payment was due | Date payment was received | Amount received | Check number | How payment was applied (mo./yr.) |
|---|---|---|---|---|---|
| $1,559.93 | 12/2019 | 2/18/2020 | $1,540.00 | | 12/2018 |
| $1,559.93 | 1/2019 | 3/16/2020 | $1,540.00 | | 1/2019 |
| $1,559.93 | 2/2019 | 4/22/2020 | $1,540.00 | | 2/2019 |
| $1,559.93 | 3/2019 | 5/29/2020 | $1,559.93 | | 3/2019 |
| $1,559.93 | 4/2019 | 7/1/2020 | $1,500.00 | | 4/2019 |
| $1,559.93 | 5/2019 | 7/28/2020 | $1,559.93 | | 5/2019 |
| $1,559.93 | 6/2019 | 8/31/2020 | $1,559.93 | | 6/2019 |
| $1,559.93 | 7/2019 | 10/1/2020 | $1,539.94 | | 7/2019 |
| $1,559.93 | 8/2019 | 11/2/2020 | $1,540.00 | | 8/2019 |
| $1,559.93 | 9/2019 | 12/23/2020 | $1,550.00 | | 9/2019 |
| $1,559.93 | 10/2019 | 1/19/2021 | $1,550.00 | | 10/2019 |
| $1,559.93 | 11/2019 | 1/21/2021 | $1,550.00 | | 11/2019 |
| $1,559.93 | 12/2019 | 1/26/2021 | $2,710.02 | | 12/2019 |
| $1,571.18 | 1/2020 | 2/23/2021 | $536.00 | | 1/2020 |
| $1,571.18 | 2/2020 | 3/8/2021 | $1,571.18 | | 2/2020 |
| $1,571.18 | 3/2020 | 3/24/2021 | $357.32 | | 3/2020 |
| $1,571.18 | 3/2020 and 4/2020 | 4/20/2021 | $3,281.79 | | 3/2020 and 4/2020 |
| $1,571.18 | 4/2020 | 4/20/2021 | $357.32 | | 4/2020 |
| $1,571.18 | 5/2020 and 6/2020 | 5/3/2021 | $1,572.00 | | 5/2020 and 6/2020 |

| | | | | | |
|---|---|---|---|---|---|
| $1,571.18 | 7/2020 | 5/26/2021 | $363.22 | | 7/2020 |
| $1,571.18 | 7/2020 | 6/12/2021 | $1,559.93 | | 7/2020 |
| $1,571.18 | 7/2020 | 6/21/2021 | $369.11 | | 7/2020 |
| $1,571.18 | 8/2020 | 7/20/2021 | $369.11 | | 8/2020 |
| $1,571.18 | 8/2020 | 7/23/2021 | $1,559.93 | | 8/2020 |
| $1,571.18 | 9/2020 | 8/24/2021 | $553.67 | | 9/2020 |
| $1,571.18 | 9/2020 | 8/30/2021 | $1,559.93 | | 9/2020 |
| $1,571.18 | 10/2020 | 9/17/2021 | $369.11 | | 10/2020 |
| $1,571.18 | 10/2020 | 10/15/2021 | $1,559.93 | | 10/2020 |
| $1,571.18 | 11/2020 | 10/19/2021 | $369.11 | | 11/2020 |
| $1,571.18 | 12/2020 | 11/22/2021 | $358.51 | | 12/2020 |
| $1,571.18 | 12/2020 | 11/26/2021 | $1,571.18 | | 12/2020 |

TOTAL NUMBER OF POST-PETITION PAYMENTS PAST DUE: 3 as of December 13, 2021.

TOTAL AMOUNT OF POST-PETITION ARREARS: $3,186.54 as of December 13, 2021.

Dated: January 4, 2022

PNC Bank, National Association
Mortgage Company
Barbara Essman, Authorized Signer
(Print Name and Title)

*Barbara Essman* (signature)