**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| ISABEL BELINDA ACEVEDO ) | CHAPTER 13 | |
| ) | | |
| Debtor ) | CASE NO. 5:20-bk-00279-MJC | |
| ) | | |
| PNC BANK, N.A. SUCCESSOR BY ) | | |
| MERGER TO NATIONAL CITY BANK ) | | |
| vs. ) | | |
| ) | | |
| ISABEL BELINDA ACEVEDO ) | | |
| Respondent ) | | |

## WITHDRAWAL

NOW COMES the Standing Chapter 13 Trustee, Jack N. Zaharopoulos and requests that the Chapter 13 Trustee's Limited Objection to The Motion of PNC Bank, N.A. Successor by Merger to National City Bank for Relief from Automatic Stay filed on January 5, 2022 at Docket Entry Number 48 be withdrawn as all issues have now been satisfied.

JACK N. ZAHAROPOULOS
STANDING CHAPTER 13 TRUSTEE

/s/ Jack N. Zaharopoulos
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Dr., Ste. A
Hummelstown, PA   17036
(717) 566-6097

# CERTIFICATE OF SERVICE

AND NOW, this 14th day of January 2022, I, Barbara Reifsnyder, hereby certify that I served a copy of this Objection either electronically or by depositing the same in the United States Mail, at Hummelstown, Pennsylvania, postage prepaid, first class, addressed to the following:

| | |
|---|---|
| Maribeth Thomas, Esquire<br>500 One PPG Place<br>Pittsburgh, PA 15222<br><br>Attorney for Movant | Vern S. Lazaroff<br>PO Box 1108<br>143 Pike St.<br>Port Jervis, NY 12771<br>Attorney for Debtor |

/s/ Barbara Reifsnyder
Mortgage Analyst to Jack N. Zaharopoulos
Standing Chapter 13 Trustee