# LOCAL BANKRUPTCY FORM 9019-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Isabel Belinda Acevedo<br><br>**Debtor**<br><br><br>PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO NATIONAL CITY BANK<br><br>**Movants**<br><br>vs.<br>ISABEL BELINDA ACEVEDO, CESAR ACEVEDO, CO-DEBTOR and JACK N. ZAHAROPOULOS, TRUSTEE<br><br>**Respondents.** | CHAPTER     13<br>CASE NO.     5:20-bk-00279-HWV<br><br>NATURE OF PROCEEDING:     Motion for Relief from the Automatic Stay and for Co-Debtor Relief<br><br>DOCUMENT No.     45 |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST

CHECK ONE:

☒ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☐ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
☐ Thirty (30) days.
☐ Forty-five (45) days.
☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: February 16, 2022  **TUCKER ARENSBERG, P.C.**

*/s/ Maribeth Thomas*
Maribeth Thomas, Esquire
PA ID No. 208376
mthomas@tuckerlaw.com
1500 One PPG Place
Pittsburgh, Pennsylvania 15222
Phone: (412) 566-1212

Attorney for: **Movant, PNC Bank, National Association, Successor by Merger to National City Bank**