Fill in this information to identify the case:

Debtor 1: Isabel Belinda Acevedo

Debtor 2: (Spouse, if filing)

United States Bankruptcy Court for the: Middle District of PA

Case number: 20-00279 RNO

Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of Creditor:** PNC BANK, NATIONAL ASSOCIATION

**Court claim no. (if known):** 5

**Last 4 digits** of any number you use to identify the debtor's account: 7421

**Property address:**
Lot 1571 Sec1 Pocono Mountain
Dingman Township, PA 18328

## Part 2: Prepetition Default Payments

Check one:

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

## Part 3: Postpetition Mortgage Payment

Check one:

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 12 / 01 / 2024

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a. Total postpetition ongoing payments due: (a) $ _____
b. Total fees, charges, expenses, escrow, and costs outstanding: + (b) $ _____
c. **Total.** Add lines a and b. (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:

| Debtor(s) | Isabel Belinda Acevedo | Case Number (if known): 20-00279 RNO |
|---|---|---|
| | First Name  Middle Name  Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X /s/ Brent J. Lemon
Brent Lemon
06 Dec 2024, 13:51:47, EST

Date    12/06/2024

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

Form 4100R                Response to Notice of Final Cure Payment                page 2

Document ID: ad85f840f9096fc08e30c4eb390c0477ea07a7af6d0acfd5ef81b480aeeda251
Case 5:20-bk-00279-MJC    Doc 66    Filed 12/09/24    Entered 12/09/24 08:38:40    Desc
Main Document    Page 2 of 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Isabel Belinda Acevedo**<br>　　　　　　　　　　　Debtor(s)<br><br>**PNC BANK, NATIONAL ASSOCIATION**<br>　　　　　　　　　　　Movant<br><br>vs.<br><br>**Isabel Belinda Acevedo**<br>　　　　　　　　　　　Debtor(s)<br><br>**Jack N. Zaharopoulos**,<br>　　　　　　　　　　　Trustee | **BK NO. 20-00279 RNO**<br><br>**Chapter 13**<br><br>**Related to Claim No. 5** |

### CERTIFICATE OF SERVICE
### RESPONSE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT

I, Brent J. Lemon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on December 9, 2024, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Isabel Belinda Acevedo
110 Juniper Dr
Milford, PA 18337

Attorney for Debtor(s) (via ECF)
Vern S. Lazaroff, Esq.
P.O. Box 1108
143 Pike Street
Port Jervis, NY 12771

Trustee
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service: electronic means or first-class mail

Dated: December 9, 2024

　　　　　　　　　　　　　　　　　　　　**/s/ Brent J. Lemon**
　　　　　　　　　　　　　　　　　　　　Brent J. Lemon
　　　　　　　　　　　　　　　　　　　　Attorney I.D. 86478
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　(412) 475-8764
　　　　　　　　　　　　　　　　　　　　blemon@kmllawgroup.com